UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN VENTURA,<br><br>        Plaintiff,<br><br>   v.<br><br>PATRICK EATON, et al.,<br><br>        Defendants. | No. 1:21-cv-00926-AWI-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 1, 2, & 8)<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE |

Ruben Ventura ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 27, 2021, the assigned magistrate judge entered findings and recommendations, recommending that "[t]his action be dismissed, without prejudice, for failure to exhaust available administrative remedies," that "Plaintiff's application to proceed in forma pauperis (ECF No. 2) be denied as moot," and that "[t]he Clerk of Court be directed to close this case." (ECF No. 8, p. 5).

Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

1

*de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on July 27, 2021, (ECF No. 8), are adopted in full;
2. This action is dismissed, without prejudice, for failure to exhaust available administrative remedies;
3. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is denied as moot; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   August 25, 2021

SENIOR DISTRICT JUDGE